# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1497. BRIAN KENNEDY v. THE STATE.**

In August 2015, Brian Kennedy pled guilty to armed robbery and other offenses. In October 2021, Kennedy filed a pro se motion to withdraw his guilty plea. On December 2, 2021, the trial court entered an order dismissing his motion as untimely. Although Kennedy's notice of appeal is dated December 9, 2021, it was mailed from prison in an envelope postmarked January 6, 2022 and filed on January 10, 2022. So we lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446, 446 (1) (a) (651 SE2d 781) (2007); *Harned v. Piedmont Healthcare Foundation, Inc.*, 356 Ga. App. 870, 871-872 (849 SE2d 726) (2020). Kennedy's notice of appeal was  filed 39 days after entry of the trial court's order and is therefore untimely. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*